IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEVIN BURNS,

    *Plaintiff*,

v.                                                      Case No.: 1:25cv54-MW/MJF

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. The Magistrate Judge recommends dismissal for Plaintiff's failure to prosecute and failure to comply with the past two Orders. This Court has verified that neither of the Magistrate Judge's two prior Orders have been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with

two Court Orders." The motion to dismiss, ECF No. 7, is **DENIED as moot**. The Clerk shall close the file.

    **SO ORDERED on August 4, 2025.**

                                <u>s/Mark E. Walker</u>
                                **United States District Judge**