IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KEVIN BURNS,**

    *Plaintiff,*

v.                                                   Case No.: 1:25cv54-MW/MJF

**COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,**

    *Defendant.*

_____/

## ORDER VACATING ORDER AND JUDGMENT AND ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court previously adopted the Magistrate Judge's report and recommendation without objection from either side and directed judgment be entered dismissing Plaintiff's case for failure to prosecute and failure to comply with two Court Orders. ECF Nos. 11 and 12. On August 25, 2025, however, this Court received a letter from Plaintiff objecting to the report and recommendation and asserting that he had previously notified the Clerk of a change of address. ECF No. 13. Accordingly, the Clerk is directed to **VACATE** this Court's order, ECF No. 11, and the judgment, ECF No. 12.

Having considered Plaintiff's objection, ECF No. 13, *de novo*, this Court again **accepts and adopts** the Magistrate Judge's report and recommendation, ECF No. 10. There is no record on the docket of Plaintiff having notified the Clerk of a

change of address prior to his filing the letter docketed on August 25, 2025. The last filing from Plaintiff before his letter filed yesterday was docketed on February 20, 2025, and includes a return address in Old Town, Florida. *See* ECF No. 4. Likewise, no filings appear to have been returned as undeliverable. Accordingly, the Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with two Court Orders." The Clerk shall close the file.

    **SO ORDERED on August 26, 2025.**

                                               s/Mark E. Walker
                                               **United States District Judge**